**FILED**
June 18, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> v. ) </br> ) </br> Reza Hossneih, ) </br> ) </br> Defendant. ) | Case No. 2:08-cr-271 MCE </br></br> ORDER FOR RELEASE </br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __Reza Hossneih__ Case __2:08-cr-271 MCE__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_   Cash bond in the amount of $10,000

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_   (Other)__ PTS conditions/supervision; third party custody to defendant's mother__

Issued at __Sacramento, CA__ on __6/18/08__ at __3:45 p.m.__

By _____
Kimberly J. Mueller,
United States Magistrate Judge