**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
REZA HOSSNIEH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-0271-MCE |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO THURSDAY, NOVEMBER 13, 2008 |
| ) | |
| v. ) | |
| ) | |
| REZA HOSSNIEH, ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Kenneth J. Melikian and defendant REZA HOSSNIEH by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Thursday, August 28, 2008, at 9:00 a.m.** before the Honorable United States District Court Judge, Morrison C. England, Jr. , may be continued to **Thursday, November 13, 2008,  at 9:00 a.m.**

    The Court's courtroom deputy, Ms. Stephanie Deutsch, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Thursday, November 13, 2008.

    The defendant is out of custody. There is no trial date set. At the defendant's appearance on June 16, 2008 and June 19, 2008, the Court made a finding that time

1

would be excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 13 and 19)

## PROCEDURAL STATUS OF THE CASE

On May 30, 2008, the government filed a criminal complaint against the defendant. (See Docket Entry #1) On June 12, 2008 the government filed an Indictment charging the defendant with the following allegation: Count 1,violation of Title 18 U.S.C. section 115(a)(1)(B), threatening a Federal Law enforcement officer.

On June 19, 2008, the status conference was held in District Court, and the status of the case was continued until, Thursday, August 28, 2008. (See Docket Entry # 19). In addition, the Court, from the factual record provided at the first appearance of the defendant, made the finding that time would be excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 19)

## STATUS OF DISCOVERY IN THE CASE

The government has provided discovery which the defense is reviewing and investigating.

The parties stipulate and agree that time under the Speedy Trial Act shall continue be excluded **up to and including Tuesday, September 30, 2008, under** the Speedy Trial Act under Local Code T-4 (**time for defense counsel preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

Respectfully submitted,

2

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>UNITED STATES ATTORNEY |
|   | /s/ Kenneth J. Melikian  by e mail  authorization |
| DATED: 8-25-08 | _____<br>KENNETH MELIKIAN<br>ASSISTANT UNITED STATES ATTORNEYS<br>ATTORNEYS FOR THE PLAINTIFF |
|   |   |
| DATED: 8-25-08 | /s/ James R. Greiner<br>_____<br>James R. Greiner<br>Attorney for Defendant<br>REZA HOSSNIEH |

3

**ORDER**

This matter having come before me pursuant to the Stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED THAT: the hearing now set for Thursday, August 28, 2008, at 9:00 a.m., is vacated and the matter is set for a status conference on Thursday, November 13, 2008, at 9:00 a.m..

Further, the Court, finds that time will also be excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. The time under the Speedy Trial Act is thus excluded from Thursday, August 28, 2008, to Thursday, November 13, 2008, for the reasons stated.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: August 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE