**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
REZA HOSSNIEH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-00271-MCE |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS |
| v. ) | CONFERENCE TO THURSDAY, |
| ) | JANUARY 15, 2009 |
| REZA HOSSNIEH, ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Kenneth J. Melikian and defendant REZA HOSSNIEH by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Thursday, November 13, 2008, at 9:00 a.m.** before the Honorable United States District Court Judge, Morrison C. England, Jr. , may be continued to **Thursday, January 15, 2009, at 9:00 a.m.**

    The Court's courtroom deputy, Ms. Casey Schultz, has cleared the date of Friday, January 15, 2009, via e mail, as being available for the Court for the status conference.

    The defendant is out of custody. There is no trial date set.

    At the defendant's appearance on June 16, 2008 and June 19, 2008, and in the

1

Stipulation and Order signed by the Court on August 28, 2008, the Court made a finding that time would be excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entries # 13, 19 and 29)

## PROCEDURAL STATUS OF THE CASE

On May 30, 2008, the government filed a criminal complaint against the defendant. (See Docket Entry #1) On June 12, 2008 the government filed an Indictment charging the defendant with the following allegation: Count 1,violation of Title 18 U.S.C. section 115(a)(1)(B), threatening a Federal Law enforcement officer.

On June 19, 2008, the status conference was held in District Court, and the status of the case was continued until, Thursday, August 28, 2008. (See Docket Entry # 19). In addition, the Court, from the factual record provided at the first appearance of the defendant, made the finding that time would be excluded under local code T-4, that time is to be excluded  for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 19)

On August 28, 2008, the Court signed a Stipulation and Order continuing the case to Thursday, November 13, 2008. (See Docket Entry # 29). In addition, the Court, from the factual record provided at the first appearance of the defendant, made the finding that time would be excluded under local code T-4, that time is to be excluded  for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 29)

## STATUS OF DISCOVERY IN THE CASE

The government has provided discovery which the defense is reviewing and investigating. Investigation is on going by the defense.

The parties stipulate and agree that time under the Speedy Trial Act shall continue be excluded **up to and including Tuesday, January 15, 2009, under** the Speedy Trial Act under Local Code T-4 (**time for defense counsel preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

          Respectfully submitted,

          McGREGOR W. SCOTT
          UNITED STATES ATTORNEY

          /s/ Kenneth J. Melikian  by Telephone authorization

DATED: 11-6-08
          _____
          KENNETH MELIKIAN
          ASSISTANT UNITED STATES ATTORNEYS
          ATTORNEY FOR THE PLAINTIFF


DATED: 11-6-08      /s/ James R. Greiner
          _____
          James R. Greiner
          Attorney for Defendant
          REZA HOSSNIEH

### ORDER

This matter having come before me pursuant to the Stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED THAT: the hearing now set for Thursday, November 13, 2008, at 9:00 a.m., is vacated and the matter is set for a further status conference on Thursday, January 15, 2009, at 9:00 a.m..

Further, the Court, finds that time will also be excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. The time under the Speedy Trial Act is thus excluded from Thursday, November 13, 2008, to Thursday, January 15, 2009, for the reasons stated.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: November 13, 2008

_____
**MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE**

4