**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
REZA HOSSNIEH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-0271-MCE |
| ) | |
| PLAINTIFF, ) | STIPULATION AND PROPOSED |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE TO THURSDAY, |
| ) | MARCH 26, 2009 |
| REZA HOSSNIEH, ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Kenneth J. Melikian and defendant REZA HOSSNIEH by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Thursday, January 15, 2009, at 9:00 a.m.** before the Honorable United States District Court Judge, Morrison C. England, Jr. , may be continued to **Thursday, March 26, 2009,  at 9:00 a.m.**

The Court's courtroom deputy, Ms. Stephanie Deutsch, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Thursday, March 26, 2009.

The defendant is out of custody for the purposes of federal court, however, at the present time the defendant is serving a 90 day county sentence. There is no trial date

1

set. At the defendant's  appearance on June 16, 2008 and June 19, 2008 and by Court Order for continuances filed on August 28, 2008 (Docket # 29) and November 14, 2008 (Docket # 31), the Court made a finding that time would be excluded under local code T-4, that time is to be excluded  for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 13, 19, 29 and 31).  The parties agree and stipulate that all of time exclusions from the Speedy Trial Act are correct and necessary.

### PROCEDURAL STATUS  OF THE CASE

On May 30, 2008, the government filed a criminal complaint against the defendant. (See Docket Entry #1) On June 12, 2008 the government filed an Indictment charging the defendant with the following allegation: Count 1,violation of Title 18 U.S.C. section 115(a)(1)(B), threatening a Federal Law enforcement officer.

On June 19, 2008, the status conference was held in District Court, and the status of the case was continued until, Thursday, August 28, 2008. (See Docket Entry # 19). In addition, the Court, from the factual record provided at the first appearance of the defendant, made the finding that time would be excluded under local code T-4, that time is to be excluded  for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 19) Since the status conference the case has been continued two times by stipulation of the parties (See Docket #'s 29 and 31)

### STATUS OF DISCOVERY IN THE CASE

The government has provided discovery which the defense is reviewing and investigating.

The parties stipulate and agree that time under the Speedy Trial Act  shall continue be excluded **up to and including Thursday, March 26, 2009, under** the Speedy Trial Act under Local Code T-4 (**time for defense counsel preparation**) and

2

Title 18 U.S.C. section 3161(h)(8)(B)(iv).

Respectfully submitted,

LARRY G. BROWN
ACTING UNITED STATES ATTORNEY

/s/ Kenneth J. Melikian  by telephone authorization

DATED: 1-13-09

_____
KENNETH MELIKIAN
ASSISTANT UNITED STATES ATTORNEYS
ATTORNEY FOR THE PLAINTIFF


DATED: 1-13-09          /s/ James R. Greiner

_____
James R. Greiner
Attorney for Defendant
REZA HOSSNIEH

3

**ORDER**

This matter having come before the Court  pursuant to the Stipulation of the parties, and good cause appearing, therefor,

IT IS ORDERED THAT: the hearing now set for Thursday, January 15, 2009, at 9:00 a.m., is vacated and the matter is set for a status conference on Thursday, March 26, 2009, at 9:00 a.m..

Further, the Court, finds that time will be excluded under local code T-4, that time is to be excluded  for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. The time under the Speedy Trial Act is excluded from Thursday, January 15, 2009 to Thursday, March 26, 2009.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

 Dated:  January 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

4