1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951
   E mail: jaygreiner@midtown.net

6  ATTORNEY FOR DEFENDANT
   REZA HOSSNIEH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-0271-MCE |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO THURSDAY, OCTOBER 22, 2009 |
| v. ) | |
| REZA HOSSNIEH, ) | |
| DEFENDANT. ) | |
| _____) | |

   Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Steven Lapham and defendant REZA HOSSNIEH by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Thursday, July 31, 2009, at 9:00 a.m.** before the Honorable United States District Court Judge, Morrison C. England, Jr. , may be continued to **Thursday, October 22, 2009, at 9:00 a.m.**.

   The Court's courtroom deputy, Ms. Stephanie Deutsch, has cleared the date of Thursday, October 22, 2009, by e mail conference, as being available for the Court for the status conference.

   The defendant is out of custody. There is no trial date set.

1

The Court has previously made findings that time would be excluded in this case from the Speedy Trial Act under local code T-4, and that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entries # 13, 19, 29, 31. 33 and 36) Time has been excluded up to and including July 30, 2009. (See Docket Entry # 37)

**ADDITIONAL ISSUES BEING EXPLORED BY THE DEFENSE REQUIRING ADDITIONAL TIME AND THE EXCLUSION OF TIME FROM THE SPEEDY TRIAL ACT**

The defense is also exploring various other issues in the case, including but not limited to the following: 1-potential psychological issues; 2-potential psychiatric issues; 3-anger management issues and 4-other treatment issues regarding attitude and mood that are on going. These other potential issues entail the services of health care professionals which require the additional time that the defense has been and continues to be requesting in this matter. This additional time for defense counsel preparation is reasonable and outweighs both the government's and the public's interest in a speedy trial in this matter as the potential issues are complex as they relate to the health care profession.

The parties stipulate and agree that time under the Speedy Trial Act shall continue be excluded **up to and including Thursday, October 22, 2009, under** the Speedy Trial Act under Local Code T-4 (**time for defense counsel preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

Respectfully submitted,

LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

/s/ Steven Lapham  by e mail authorization

DATED: 7-29-09
_____
STEVEN LAPHAM
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

2

DATED: 7-29-09          /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant
REZA HOSSNIEH

**ORDER**

This matter having come before me pursuant to the Stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED THAT: the hearing now set for Thursday, July 31, 2009, at 9:00 a.m., is vacated and the matter is set for a further status conference on Thursday, October 22, 2009, at 9:00 a.m..

Further, the Court, finds, based upon the stipulation of the parties and the entire record in the case including the reasons stated herein, that time will be excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. The time under the Speedy Trial Act is thus excluded from Thursday, July 31, 2009, to Thursday, October 22, 2009, for the reasons stated herein and in the entire record.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: July 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3