**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
REZA HOSSNIEH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-0271-MCE |
|     PLAINTIFF, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO THURSDAY, APRIL 29, 2010 |
|     v. ) | |
| REZA HOSSNIEH, ) | |
|     DEFENDANT. ) | |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. R. Steven Lapham and defendant REZA HOSSNIEH by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Thursday, March 11, 2010, at 9:00 a.m.** before the Honorable United States District Court Judge, Morrison C. England, Jr. , may be continued to **Thursday, April 29, 2010,  at 9:00 a.m.**

    The Court's courtroom deputy, Ms. Stephanie Deutsch, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Thursday, April 29, 2010.

    The defendant is out of custody for the purposes of federal court, however, at the present time the defendant is serving a 90 day county sentence. There is no trial

1

1  date set. At the defendant's appearance on June 16, 2008 and June 19, 2008 and by
2  Court Order for continuances filed on August 28, 2008 (Docket # 29), November 14,
3  2008 (Docket # 31), January 20, 2009 (Docket #33), March 30, 2009 (Docket # 36),
4  at the Status conference held on may may 13, 2009 (Docket # 37), July 30, 2009
5  (Docket #39), at the Status conference held on October 22, 2009 (Docket # 40), at the
6  status conference held on January 18, 2010 (docket # 41), the Court made factual
7  findings agreed to by the parties that time would be excluded under the Speedy Trial
8  Act, and that under local code T-4, that time is to be excluded for the reasonable time
9  necessary for effective preparation by defense counsel and Title 18 U.S.C. section
10 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 13, 19, 29 and 31).
11 The parties agree and stipulate that all of time exclusions from the Speedy Trial Act
12 are correct, necessary and specifically agreed that the failure to grant a continuance
13 in this case would deny defense counsel reasonable time necessary for effective
14 preparation, taking into account the exercise of due diligence.  In addition, the parties
15 agreed that the ends of justice would be served by granting the requested continuance
16 outweigh the best interests of the public and the defendants in a speedy trial.

## PROCEDURAL STATUS OF THE CASE

18 　　The defense is in the process of gathering all of the records (both medical and
19 other) in order that the parties may continue their good faith discussions regarding
20 resolution of this matter short of trial which would be a benefit not only in costs but
21 also in time to this Court (allowing the Court to expend its resources in other areas),
22 to the government (allowing the government to expend its resources in other areas)
23 and to the defense in arriving at a fair and just resolution in this case.

24 　　The parties stipulate and agree that time under the Speedy Trial Act shall
25 continue be excluded **up to and including Thursday, April 29, 2010, under** the
26 Speedy Trial Act under Local Code T-4 (**time for defense counsel preparation**) and
27 Title 18 U.S.C. section 3161(h)(8)(B)(iv).

28

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY |
|   | /s/ R. STEVEN LAPHAM  by e mail authorization |
| DATED: 3-8-10 | _____<br>R. STEVEN LAPHAM<br>ASSISTANT UNITED STATES ATTORNEYS<br>ATTORNEY FOR THE PLAINTIFF |
| DATED: 3-8-10 | /s/ James R. Greiner<br>_____<br>James R. Greiner<br>Attorney for Defendant<br>REZA HOSSNIEH |

///
///
///
///

3

# ORDER

This matter having come before the Court pursuant to the Stipulation of the parties, and good cause appearing, therefor,

IT IS ORDERED THAT: the hearing now set for Thursday, March 11, 2010, at 9:00 a.m., is vacated and the matter is set for a status conference on Thursday, April 29, 2010, at 9:00 a.m..

Further, the Court, finds that time will be excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(7)(B)(iv), of the speedy trial act. The time under the Speedy Trial Act is excluded from Thursday, March 11, 2010 to Thursday, April 29, 2010. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: March 9, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE