**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
REZA HOSSNIEH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-0271-MCE |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO THURSDAY, JUNE 3, 2010 |
| v. ) | |
| REZA HOSSNIEH, ) | |
| DEFENDANT. ) | |
| _____) | |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. R. Steven Lapham and defendant REZA HOSSNIEH by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Thursday, April 29, 2010, at 9:00 a.m.** before the Honorable United States District Court Judge, Morrison C. England, Jr. , may be continued to **Thursday, June 3, 2010,  at 9:00 a.m.**

    The Court's courtroom deputy, Ms. Keshia Jones, has been contacted to ensure the Court's calendar was available for that date and the Court is available on **Thursday, June 3, 2010.**

    The defendant is out of custody and according to Pre-trial services has been in compliance with all terms and conditions required.  There is no trial date set. At the

1

defendant's appearance on June 16, 2008 and June 19, 2008 and by Court Order for continuances filed on August 28, 2008 (Docket # 29), November 14, 2008 (Docket # 31), January 20, 2009 (Docket #33), March 30, 2009 (Docket # 36), at the Status conference held on May 13, 2009 (Docket # 37), July 30, 2009 (Docket #39), at the Status conference held on October 22, 2009 (Docket # 40), and at the status conference held on January 18, 2010 (docket # 41), and in the Stipulation and Order signed by this Court on March 10, 2010 (Docket # 45) the Court made factual findings agreed to by the parties that time would be excluded under the Speedy Trial Act, and that under **local code T-4**, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and **Title 18 U.S.C. section 3161 (h) (8) (B) (iv)**, of the speedy trial act. (See Docket Entry # 13, 19, 29 and 31).  The parties agree and stipulate that all of time exclusions from the Speedy Trial Act are correct, necessary and specifically agreed that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  In addition, the parties agreed that the ends of justice would be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

### PROCEDURAL STATUS OF THE CASE

The defense is continuing the process of gathering all of the records (both medical and other, there has been some delay in obtaining some of the documents which is more of an administrative nature than anything else) in order that the parties may continue their good faith discussions regarding resolution of this matter short of trial which would be a benefit not only in costs but also in time to this Court (allowing the Court to expend its resources in other areas), to the government (allowing the government to expend its resources in other areas) and to the defense in arriving at a fair and just resolution in this case.

1       The parties stipulate and agree that time under the Speedy Trial Act shall
2 continue be excluded **up to and including Thursday, June 3 , 2010, under** the
3 Speedy Trial Act under Local Code **T-4** (**time for defense counsel preparation**) and
4 Title 18 U.S.C. section 3161(h)(8)(B)(iv).

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      UNITED STATES ATTORNEY

                                      /s/ R. STEVEN LAPHAM  by e mail authorization

DATED: 4-27-10
                                      R. STEVEN LAPHAM
                                      ASSISTANT UNITED STATES ATTORNEYS
                                      ATTORNEY FOR THE PLAINTIFF

DATED: 4-27-10                       /s/ James R. Greiner
                                      James R. Greiner
                                      Attorney for Defendant
                                      REZA HOSSNIEH

///
///
///
///

## ORDER

This matter having come before the Court pursuant to the Stipulation of the parties, and good cause appearing, therefor,

IT IS ORDERED THAT: the hearing now set for **Thursday, April 29, 2010**, at 9:00 a.m., is vacated and the matter is set for a status conference on **Thursday, June 3, 2010,** at 9:00 a.m..

Further, the Court, finds that time will be excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(7)(B)(iv), of the speedy trial act. The time under the Speedy Trial Act is excluded from **Thursday, April 29, 2010 to Thursday, June 3, 2010.** In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: April 27, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

4