1   **JAMES R. GREINER, ESQ.**
    CALIFORNIA STATE BAR NUMBER 123357
2   **LAW OFFICES OF JAMES R. GREINER**
    555 UNIVERSITY AVENUE, SUITE 290
3   SACRAMENTO, CALIFORNIA 95825
    TELEPHONE:(916) 649-2006
4   FAX: (916) 920-7951
    E mail: jaygreiner@midtown.net
5
6   ATTORNEY FOR DEFENDANT
    REZA HOSSNIEH
7
8                   IN THE UNITED STATES DISTRICT COURT FOR THE
9
                        EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )    CR.-S-08-0271-MCE
                                 )
12       PLAINTIFF,              )    STIPULATION AND
                                 )    ORDER TO CONTINUE STATUS
13       v.                      )    CONFERENCE TO THURSDAY,
                                 )    JUNE 24, 2010
14  REZA HOSSNIEH,               )
                                 )
15       DEFENDANT.              )
    _____  )
16

17       Plaintiff United States of America, by its counsel, Assistant United States

18  Attorney, Mr. R. Steven Lapham and defendant REZA HOSSNIEH by his attorney,

19  Mr. James R. Greiner, hereby stipulate and agree that the status conference

20  calendared for **Thursday, June 3, 2010, at 9:00 a.m.** before the Honorable United

21  States District Court Judge, Morrison C. England, Jr. , may be continued to

22  **Thursday, June 24, 2010,  at 9:00 a.m.**

23       The Court's courtroom deputy, Ms. Keshia Jones, has been contacted to ensure

24  the Court's calendar was available for that date and the Court is available on

25  **Thursday, June 24, 2010.**

26       The defendant is out of custody and according to Pre-trial services has been in

27  compliance with all terms and conditions required.  There is no trial date set. At the

28                                           1

defendant's  appearance on June 16, 2008 and June 19, 2008 and by Court Order for
continuances filed on August 28, 2008 (Docket # 29), November 14, 2008 (Docket #
31), January 20, 2009 (Docket #33), March 30, 2009 (Docket # 36), at the Status
conference held on May 13, 2009 (Docket # 37), July 30, 2009 (Docket #39), at the
Status conference held on October 22, 2009 (Docket # 40), and at the status
conference held on January 18, 2010 (docket # 41), and in the Stipulation and Order
signed by this Court on March 10, 2010 (Docket # 45) the Court made factual
findings agreed to by the parties that time would be excluded under the Speedy Trial
Act, and that under **local code T-4**, that time is to be excluded  for the reasonable
time necessary for effective preparation by defense counsel and **Title 18 U.S.C.
section 3161 (h) (8) (B) (iv)**, of the speedy trial act. (See Docket Entry # 13, 19, 29
and 31).  The parties agree and stipulate that all of time exclusions from the Speedy
Trial Act are correct, necessary and  specifically agreed that the failure to grant a
continuance in this case would deny defense counsel reasonable time necessary for
effective preparation, taking into account the exercise of due diligence.  In addition,
the parties agreed  that the ends of justice would be served by granting the requested
continuance outweigh the best interests of the public and the defendants in a speedy
trial.

## PROCEDURAL STATUS  OF THE CASE

The defense is continuing the process of gathering all of the records (both
medical and other, there has been some delay in obtaining some of the documents
which is more of an administrative nature than anything else) in order  that the parties
may continue their good faith discussions regarding resolution of this matter short of
trial which would be a benefit not only in costs but also in time to this Court
(allowing the Court to expend its resources in other areas), to the government
(allowing the government to expend its resources in other areas) and to the defense in
arriving at a fair and just resolution in this case.

2

The parties stipulate and agree that time under the Speedy Trial Act  shall continue be excluded **up to and including Thursday, June 3 , 2010, under** the Speedy Trial Act under Local Code **T-4 (time for defense counsel preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).


Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ R. STEVEN LAPHAM  by in person authorization

DATED: 6-2-10

R. STEVEN LAPHAM
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF


DATED: 6-2-10                    /s/ JAMES R. GREINER

James R. Greiner
Attorney for Defendant
REZA HOSSNIEH

///
///
///
///

3

## ORDER

This matter having come before the Court  pursuant to the Stipulation of the parties, and good cause appearing, therefor,

IT IS ORDERED THAT: the hearing now set for **Thursday, June 3 2010**, at 9:00 a.m., is vacated and the matter is set for a status conference on **Thursday, June 24,  2010,** at 9:00 a.m..

Further, the Court, finds that time will be excluded under local code T-4, that time is to be excluded  for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(7)(B)(iv), of the speedy trial act. The time under the Speedy Trial Act is excluded from **Thursday, June 3, 2010 to Thursday, June 24, 2010.**   In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  June 2, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

4