**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
REZA HOSSNIEH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-cr-00271-MCE |
| ) | |
| PLAINTIFF, ) | STIPULATION AND |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE TO THURSDAY, |
| ) | SEPTEMBER 23, 2010 |
| REZA HOSSNIEH, ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. R. Steven Lapham and defendant REZA HOSSNIEH by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Thursday, August 26, 2010, at 9:00 a.m.** before the Honorable United States District Court Judge, Morrison C. England, Jr. , may be continued to **Thursday, September 23, 2010,  at 9:00 a.m.**

Counsel confirmed that the Court is available on **Thursday, September 23, 2010.**

///

///

///

1

1  The defense has obtained the counseling records of the defendant. The parties
2 are continuing the process of attempting to resolve this matter short of trial.  The
3 parties agree and stipulate that granting a continuance in this case would allow
4 defense counsel reasonable time necessary for effective preparation, taking into
5 account the exercise of due diligence.  In addition, the parties agreed  that the ends of
6 justice would be served by granting the requested continuance outweigh the best
7 interests of the public and the defendants in a speedy trial.

8  The parties continue their good faith discussions regarding resolution of this
9 matter short of trial which would be a benefit not only in costs but also in time to this
10 Court (allowing the Court to expend its resources in other areas), to the government
11 (allowing the government to expend its resources in other areas) and to the defense in
12 arriving at a fair and just resolution in this case.

13  The parties stipulate and agree that time under the Speedy Trial Act  shall
14 continue be excluded **up to and including Thursday, September 23 , 2010, under**
15 the Speedy Trial Act under Local Code **T-4** (**time for defense counsel preparation**)
16 and Title 18 U.S.C. section 3161(h)(7)(B)(iv).

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ R. STEVEN LAPHAM  by in person authorization

DATED: 8-24-10

R. STEVEN LAPHAM
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 8-24-10                    /s/ JAMES R. GREINER

James R. Greiner
Attorney for Defendant
REZA HOSSNIEH

2

**ORDER**

This matter having come before the Court pursuant to the Stipulation of the parties, and good cause appearing, therefor,

IT IS ORDERED THAT: the hearing now set for **Thursday, August 26, 2010**, at 9:00 a.m., is vacated and the matter is set for a status conference on **Thursday, September 23, 2010,** at 9:00 a.m..

Further, the Court, finds that time will be excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(7)(B)(iv), of the speedy trial act. The time under the Speedy Trial Act is excluded from **Thursday, August 26, 2010 to Thursday, September 23, 2010.** In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: August 27, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3