1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951
   E mail: jaygreiner@midtown.net

6  ATTORNEY FOR DEFENDANT
   REZA HOSSNIEH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-cr-00271-MCE |
| PLAINTIFF, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO THURSDAY, JANUARY 13, 2011 |
| v. ) | |
| REZA HOSSNIEH, ) | |
| DEFENDANT. ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. R. Steven Lapham and defendant REZA HOSSNIEH by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Wednesday, October 27, 2010, at 9:00 a.m.** before the Honorable United States District Court Judge, Morrison C. England, Jr. , may be continued to **Thursday, January 13, 2011, at 9:00 a.m.**

Counsel confirmed that the Court is available on **Thursday, January 13 2011.**

///
///
///
///

1

1   The defense has obtained the counseling records of the defendant. The parties
2 are continuing the process of attempting to resolve this matter short of trial.  The
3 parties agree and stipulate that granting a continuance in this case would allow
4 defense counsel reasonable time necessary for effective preparation, taking into
5 account the exercise of due diligence.  In addition, the parties agreed that the ends of
6 justice would be served by granting the requested continuance outweigh the best
7 interests of the public and the defendants in a speedy trial.
8   The parties continue their good faith discussions regarding resolution of this
9 matter short of trial which would be a benefit not only in costs but also in time to this
10 Court (allowing the Court to expend its resources in other areas), to the government
11 (allowing the government to expend its resources in other areas) and to the defense in
12 arriving at a fair and just resolution in this case.
13   The parties stipulate and agree that time under the Speedy Trial Act shall
14 continue be excluded **up to and including Thursday, January 13, 2011, under** the
15 Speedy Trial Act under Local Code **T-4** (**time for defense counsel preparation**) and
16 Title 18 U.S.C. section 3161(h)(8)(B)(iv).

17                              Respectfully submitted,
18                              BENJAMIN B. WAGNER
                                UNITED STATES ATTORNEY
19
                                /s/ R. STEVEN LAPHAM  by in person authorization
20  DATED: 10-25-10
                                _____
21                              R. STEVEN LAPHAM
                                ASSISTANT UNITED STATES ATTORNEY
22                              ATTORNEY FOR THE PLAINTIFF

23

24  DATED: 10-25-10             /s/ JAMES R. GREINER
25                              _____
                                James R. Greiner
                                Attorney for Defendant
26                              REZA HOSSNIEH

27

28
                                       2

**ORDER**

This matter having come before the Court pursuant to the Stipulation of the parties, and good cause appearing, therefor,

IT IS ORDERED THAT: the hearing now set for **Thursday, October 27, 2010**, at 9:00 a.m., is vacated and the matter is set for a status conference on **Thursday, January 13, 2011,** at 9:00 a.m..

Further, the Court, finds that time will be excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(7)(B)(iv), of the speedy trial act. The time under the Speedy Trial Act is excluded from **Thursday, October 27, 2010 to Thursday, January 13, 2011.** In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: October 28, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3