Timothy E. Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
REZA HOSSNIEH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>REZA HOSSNIEH,<br><br>　　　　Defendant | ) No. 2:08-cr-00271-MCE<br>)<br>) STIPULATION AND ORDER SETTING<br>) DEADLINE FOR FILING NEW TRIAL<br>) MOTION AND FOR BRIEFING<br>) SCHEDULE<br>)<br>)<br>)<br>) |

　　IT IS HEREBY STIPULATED by and between Timothy E. Warriner, attorney for defendant, Mr. Reza Hossnieh, and Lee Bickley, Assistant United States Attorney, for the government, that the defense shall have until May 23, 2011 in which to file any motion for a new trial. The government's opposition to said motion shall be due on June 20, 2011, and any reply thereto shall be due on June 27, 2011. Hearing concerning the new trial motion shall be held on July 7, 2011. The parties stipulate that good cause for the aforesaid deadline is due to the need for defense counsel, who did not represent Mr. Hossnieh at trial, to obtain and review the trial transcripts.

DATED: March 25, 2011　　　　　　　　　/s/ Timothy E. Warriner, Attorney for
　　　　　　　　　　　　　　　　　　　　defendant, Hossnieh

DATED: March 25, 2011　　　　　　　　　/s/ Lee Bickley, Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　for the government

ORDER

GOOD CAUSE APPEARING, and based on the stipulation of the parties, it is hereby ordered that the defense shall have until May 23, 2011 to file a motion for new trial. The government's opposition to said motion shall be due on June 20, 2011, and any reply by the defense shall be due on June 27, 2011. The motion for new trial shall be heard on July 7, 2011 at 9:00 a.m. in Courtroom 7 prior to imposition of judgment and sentence.

IT IS SO ORDERED.

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE