Timothy E. Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
REZA HOSSNIEH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>REZA HOSSNIEH,<br><br>      Defendant | No. CRS 08-00271 MCE<br><br>STIPULATION AND ORDER CONTINUING DATE FOR NEW TRIAL MOTION AND FOR JUDGMENT AND SENTENCING |

The Motion for New Trial is currently set to be heard July 7, 2011 and judgment and sentencing is to be held on July 14, 2011. Due to defense counsel's involvement in a jury trial, and to afford the probation officer additional time, the parties hereby stipulate and agree that these dates shall be continued, and that the Motion for New Trial with judgment and sentence to follow should be set for **September 1, 2011 at 9:00 a.m.**

The parties agree to the following schedule concerning the presentence investigation report, which has been approved by the United States Probation Officer:

| | |
|---|---|
| 7/28/11 | The Presentence Report shall be filed with the court and disclosed to counsel |
| 8/4/11 | Motion for Correction of the Presentence Report shall be filed with the Court and served on the probation officer and opposing counsel |
| 8/11/11 | Reply, or Statement of Non-Opposition |

1

DATED: June 21, 2011                              /s/ Timothy E. Warriner, Attorney for
                                                  defendant, Hossnieh

DATED: June 21, 2011                              /s/ Lee Bickley, Assistant U.S. Attorney
                                                  for the government

## ORDER

GOOD CAUSE APPEARING, and based on the stipulation of the parties, it is hereby ordered that the hearing concerning defendant's Motion for New Trial and for judgment and sentence shall be continued to September 1, 2011, and that the previously scheduled dates be vacated. The court adopts the schedule concerning the Presentence Investigation Report as set forth above pursuant to the stipulation of the parties.

DATED:  June 22, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2