Timothy E. Warriner (SB#166128)
Attorney at Law
660 J St., Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
REZA HOSSNIEH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br>REZA HOSSNIEH,<br><br>       Defendant | No. CRS 08-00271 MCE<br><br>STIPULATION AND ORDER CONTINUING DATE FOR DEFENDANT TO FILE REPLY TO GOVERNMENT'S OPPOSITION TO NEW TRIAL MOTION |

Defendant's motion for new trial is now scheduled to be heard on September 1, 2011. Both parties hereby agree and stipulate that any reply by defense counsel to the government's opposition to motion for new trial shall be due on August 11, 2011. Defense counsel is expected to be in trial in state court for most of the month of July, 2011.

DATED: July 1, 2011                    /s/ Timothy E. Warriner, Attorney for
                                        defendant, Hossnieh

DATED: July 1, 2011                    /s/ Lee Bickley, Assistant U.S. Attorney
                                        for the government

1

## ORDER

GOOD CAUSE APPEARING, and based on the stipulation of the parties, it is hereby ordered that any reply by defense counsel to the government's opposition to motion for new trial shall be due August 11, 2011.

**Date: 7/11/2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE