Timothy E. Warriner (SB#166128)
Attorney at Law
660 J Street, Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Reza Hossnieh

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>                     Plaintiff,            )<br>                                                         )<br>           vs.                                        )<br>                                                         )<br>REZA HOSSNIEH,                          )<br>                                                         )<br>                     Defendant         ) | Case No. 08-cr-271 MCE<br><br>STIPULATION AND ORDER<br>EXONERATING BOND AND RETURNING<br>CASH SECURITY |

On June 18, 2008, defendant Reza Hossnieh was released on bond secured by $10,000 cash deposited with the Clerk of the Court. Mr. Hossnieh's mother, Shahrbanoo Babak, signed the bond as surety, and provided the cash deposit to the Clerk of the Court.

Mr. Hossnieh was remanded to custody on March 15, 2011 after being found guilty by the jury, and is at the Sacramento County Jail pending imposition of judgment and sentence. In light of the defendant's remand to custody, there remains no need for the secured bond. Therefore, the parties hereby stipulate that the secured bond filed June 18, 2008 be exonerated and that the $10,000 cash security be returned forthwith to Shahrbanoo Babak.

DATED: July 25, 2011                    /s/ Robert Steven Lapham, Assistant U.S.
                                                          Attorney

DATED: July 25, 2011                    /s/ Timothy E. Warriner, Attorney for
                                                          Defendant, Reza Hossnieh

1

## ORDER

GOOD CAUSE APPEARING and pursuant to the stipulation of the parties, the secured bond filed June 18, 2008 is hereby exonerated. The Clerk of the Court is directed forthwith to return the $10,000 cash security posted by the defendant's mother, Shahrbanoo Babak.

DATED: July 28, 2011                    /s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE