Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
REZA HOSSNIEH

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 08-cr-00271 MCE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS CONFERENCE RE |
| vs. | ) REVOCATION OF SUPERVISED |
| | ) RELEASE |
| REZA HOSSNIEH, | ) |
| | ) |
| Defendant | ) |

A status conference is presently set on July 18, 2013 concerning revocation of supervised release. The parties hereby stipulate that the status conference be continued to August 22, 2013 at 9:00 a.m. The purpose of said continuance is to afford defense counsel additional time to prepare and to meet with Mr. Hossnieh.

DATED: July 16, 2013                     /s/ Timothy E. Warriner, Attorney for
                                          defendant, Hossnieh


DATED: July 16, 2013                     /s/ Lee Bickley, Assistant U.S. Attorney
                                          for the government

## ORDER

GOOD CAUSE APPEARING, and based on the stipulation of the parties, it is HEREBY

ORDERED that the status conference concerning violation of supervised release shall be

**continued to August 22, 2013 at 9:00 a.m.**, and that the previously scheduled status conference

be vacated.

Dated:  July 23, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2