Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Reza Hossnieh

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>REZA HOSSNIEH,<br><br>　　　　Defendant | No. 2:08-cr-00271 MCE<br><br>STIPULATION AND ORDER<br>CONTINUING DISPOSITIONAL HEARING |

　　　A dispositional hearing concerning violation of supervised release is presently set on February 27, 2014. Defense counsel has another scheduled appearance on that date in a different court, and to accommodate counsel's schedule, the parties hereby stipulate that the hearing be continued to March 20, 2014 at 9:00 a.m.

DATED: February 19, 2014　　　　　　　　/s/ Timothy E. Warriner, Attorney for
　　　　　　　　　　　　　　　　　　　　defendant, Reza Hossnieh

DATED: February 19, 2014　　　　　　　　/s/ Lee Bickley, Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　for the government

**ORDER**

GOOD CAUSE APPEARING, and based on the stipulation of the parties, the dispositional hearing concerning violation of supervised release shall be continued to March 20, 2014, at 9:00 AM and the previously scheduled hearing date is VACATED.

IT IS SO ORDERED.

Dated:  February 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT